UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KZS ENTERPRISE, LLC,

    Plaintiff,

v.                                                          Case No:  2:13-cv-222-Ftm-99DNF

FINE GEMS INTERNATIONAL, INC. and
ROBERT E. KANE,

    Defendants.

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause is before the Court on the Plaintiff, KZS Enterprise, LLC's Motion to Remand (Doc. 16) filed on April 19, 2013.  This matter was referred to this Court by Order of Referral to the Magistrate Judge (Doc. 17) on April 22, 2013 for a report and recommendation.  The Defendants, Fine Gems International, Inc., and Robert E. Kane filed a Notice of Non-Opposition to Plaintiff's Motion to Remand (Doc. 18) on May 3, 2013.

The Plaintiff filed a Complaint (Doc. 2) in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.  On March 21, 2013, the Defendants removed this action.  (See, Doc. 1).  In the Complaint, the Plaintiff alleges that it was formed to acquire jewelry and sell it for a profit, and the profit was to be shared by its members.  (Com.[1] ¶7).  Jewelry was purchased and entrusted to the Defendants so that the Defendants would prepare an inventory, assign a minimum selling price to each piece, market the jewelry, sell the jewelry, and then properly account for all funds received and distribute the funds.  (Com. ¶9).  The Plaintiff claims that the Defendants failed to properly account for all of the proceeds of the sale of the

---

[1] "Com." refers to the Complaint (Doc. 2).

jewelry and the jewelry itself. (Com. ¶10). The Plaintiff brings claims for a breach of fiduciary duty, accounting, and conversion.

In the Complaint, the Plaintiff alleges that it is a Florida limited liability company, and that Fine Gems International, Inc. is a Montana corporation and a minority member of the Plaintiff, KZS Enterprise, LLC. (Com. ¶3). The Defendant, Robert E. Kane is the owner, agent, president and CEO of Fine Gems International, Inc. and is believed to be a resident of Montana. (Com. ¶4).

The Plaintiff asserts that the Defendants removed this action based upon diversity of citizenship, and the Complaint fails to allege complete diversity. The Plaintiff asserts that an LLC is a citizen of each state in which its members are citizens, and the Plaintiff failed to allege the citizenship of its members, therefore, the Defendants cannot remove this action based upon diversity of citizenship. Further, the Plaintiff asserts that diversity must be lacking in this suit because one of the members of the Plaintiff is the Defendant, Fine Gems International, Inc.

A removing defendant bears the burden of showing the propriety of removal and the existence of federal jurisdiction and in diversity action, and the defendant bears the burden of demonstrating complete diversity. *Adventure Outdoors, Inc. v. Bloomberg,* 552 F.3d 1290, 1294 (11th Cir. 2008), *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 752 (11th Cir. 2010). A court must strictly construe a removal statute, and any doubt as to removal should be resolved in favor of remand to state court. *DeLeon v. Ross Dress for Less, Inc.*, 2013 WL 1687701, *1 (M.D. Fla. Apr. 18, 2013). (citations omitted).

The Defendants rely upon this Court's diversity jurisdiction. The citizenship of a limited liability company is determined by the citizenship of its members. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). In the instant action, the

Plaintiff failed to allege the members of its LLC and failed to allege the citizenship of those members. The Defendants have failed to show that there is complete diversity of citizenship in this case. The Court lacks subject matter jurisdiction pursuant to 28 U.S.C. §1332. Therefore, the Court will recommend that this action be remanded to state court.

    **IT IS RESPECTFULLY RECOMMEDED:**

1) That the Motion to Remand (Doc. 16) be **GRANTED**.

2) That if the Court adopts this report and recommendation, then the Clerk be directed to remand the case to the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida and to transmit a certified copy of this Order to the Clerk of that Court. It is further recommended that the Clerk be directed to terminate all pending motions and deadlines and close this case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida on May 13, 2013.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties